NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**JEMAL'S LAZRIV WATER, LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5038

———————————

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00151-TCW, Judge Thomas C. Wheeler.

———————————

**JUDGMENT**

———————————

JERROLD J. GANZFRIED, Holland & Knight LLP, of Washington, DC, argued for plaintiff-appellant.  With him on the brief were LYNN E. CALKINS and THOMAS J. MCINTOSH.

MARTIN M. TOMLINSON, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were STUART F. DELERY,

Assistant Attorney General, ROBERT E. KIRSCHMAN, JR., Director, and FRANKLIN E. WHITE, JR., Assistant Director.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (CHEN, MAYER, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  September 16, 2014        /s/  Daniel  E.  O'Toole

        Date           Daniel E. O'Toole

                  Clerk of Court